866

No. 321, Misc. DIXON v. COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 324, Misc. BUTLER v. RUNDLE, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 325, Misc. BALES v. WESTERN BARIUM CORP. ET AL. Supreme Court of California. Certiorari denied.

No. 331, Misc. REICKAUER v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 333, Misc. STANISLOWSKI v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 334, Misc. BARMORE v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 338, Misc. SPINNEY v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 340, Misc. SCHULTZ v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 341, Misc. HILL v. OKLAHOMA ET AL. Court of Criminal Appeals of Oklahoma. Certiorari denied.

No. 344, Misc. McGANN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edward Q. Carr, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.